UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**CHARLEEN HANNON,**

                Plaintiff,

v.

**GENERAL MOTORS, LLC, a/k/a
GM COMPONENTS HOLDINGS, LLC, f/k/a
DELPHI AUTOMOTIVE SYSTEMS, LLC, a/k/a
DPH-DAS, LLC, f/k/a
GENERAL MOTORS CORPORATION,**

and

**UNITED AUTOMOBILE, AEROSPACE and
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, a/k/a, UAW LOCAL 686,**

                Defendant.

**ANSWER TO
COMPLAINT**

Civil Action No.
1:25-cv-00417

     The Defendant, **UAW LOCAL 686** answers to the Plaintiffs' allegations contained in their Complaint dated May 13, 2025 (referred to herein as "Complaint"), states as follows:

### JURISDICTION AND VENUE

     1.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 1 of the Complaint.

     2.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 2 of the Complaint.

     3.    Defendant UAW Local 686 admits the allegations raised in paragraph 3 of the Complaint.

4.      Defendant UAW Local 686 admits the allegations raised in paragraph 4 of the Complaint.

**PARTIES**

5.      Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 5 of the Complaint.

6.      Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 6 of the Complaint.

7.      Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 7 of the Complaint.

8.      Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 8 of the Complaint.

9.      Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 9 of the Complaint.

10.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 10 of the Complaint.

11.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 11 of the Complaint.

12.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 12 of the Complaint.

13.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 13 of the Complaint.

14.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 14 of the Complaint.

15.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 15 of the Complaint.

16.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 16 of the Complaint.

17.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 17 of the Complaint.

18.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 18 of the Complaint.

19.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 19 of the Complaint.

20.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 20 of the Complaint.

21.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 21 of the Complaint.

22.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 22 of the Complaint.

23.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 23 of the Complaint.

24.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 24 of the Complaint.

25.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 25 of the Complaint.

26.     Defendant UAW Local 686 admits the allegations raised in paragraph 26 of the Complaint.

27.     Defendant UAW Local 686 admits the allegations raised in paragraph 27 of the Complaint.

28.     Defendant UAW Local 686 admits the allegations raised in paragraph 28 of the Complaint.

## STATEMENT OF THE CASE

29.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 29 of the Complaint.

30.     Defendant UAW Local 686 denies the allegations raised in paragraph 30 of the Complaint.

31.     Defendant UAW Local 686 denies the allegations raised in paragraph 31 of the Complaint.

32.     Defendant UAW Local 686 denies the allegations raised in paragraph 32 of the Complaint.

33.     Defendant UAW Local 686 denies the allegations raised in paragraph 33 of the Complaint.

34.     Defendant UAW Local 686 denies the allegations raised in paragraph 34 of the Complaint.

35.     Defendant UAW Local 686 admits the allegations raised in paragraph 35 of the Complaint.

36.     Defendant UAW Local 686 admits the allegations raised in paragraph 36 of the Complaint.

37.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 37 of the Complaint.

38.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 38 of the Complaint.

39.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 39 of the Complaint.

40.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 40 of the Complaint..

41.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 41 of the Complaint.

42.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 42 of the Complaint.

43.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 43 of the Complaint.

44.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 44 of the Complaint.

45.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 45 of the Complaint.

46.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 46 of the Complaint.

47.    Defendant UAW Local 686 denies the allegations raised in paragraph 47 of the Complaint.

48.     Defendant UAW Local 686 denies the allegations raised in paragraph 48 of the Complaint.

49.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 49 of the Complaint.

50.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 50 of the Complaint.

51.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 51 of the Complaint.

52.     Defendant UAW Local 686 denies the allegations raised in paragraph 52 of the Complaint.

53.     Defendant UAW Local 686 denies the allegations raised in paragraph 53 of the Complaint.

54.     Defendant UAW Local 686 denies the allegations raised in paragraph 54 of the Complaint.

55.     Defendant UAW Local 686 denies the allegations raised in paragraph 55 of the Complaint.

56.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 56 of the Complaint.

57.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 57 of the Complaint.

58.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 58 of the Complaint.

59.    Defendant UAW Local 686 denies in part the allegations raised in paragraph 59 of the Complaint.

60.    Defendant UAW Local 686 denies the allegations raised in paragraph 60 of the Complaint.

61.    Defendant UAW Local 686 denies the allegations raised in paragraph 61 of the Complaint.

62.    Defendant UAW Local 686 denies the allegations raised in paragraph 62 of the Complaint.

63.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 63 of the Complaint.

64.    Defendant UAW Local 686 denies the allegations raised in paragraph 64 of the Complaint.

65.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 65 of the Complaint.

66.    Defendant UAW Local 686 denies the allegations raised in paragraph 66 of the Complaint.

67.    Defendant UAW Local 686 denies the allegations raised in paragraph 67 of the Complaint.

68.    Defendant UAW Local 686 denies the allegations raised in paragraph 68 of the Complaint.

69.    Defendant UAW Local 686 admits the allegations raised in paragraph 69 of the Complaint.

70.     Defendant UAW Local 686 denies the allegations raised in paragraph 70 of the Complaint.

## CONDITIONS TO PRECEDENT TO ACTION

71.     Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71 of the Complaint.

A.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71A of the Complaint.

B.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71B of the Complaint.

C.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71C of the Complaint

D.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71D of the Complaint.

E.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71E of the Complaint.

F.    Defendant UAW Local 686 has insufficient knowledge and information to form a belief as to the truth of the allegations raised in paragraph 71F of the Complaint.

## AS AND FOR A FIRST CAUSE OF ACTION:  RACE DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 42 U.S.C. §2000(e) et seq. AGAINST DEFENDANT GM

72.     Defendant UAW Local 686 denies the allegations raised in paragraph 72 of the Complaint.

73.     Defendant UAW Local 686 denies the allegations raised in paragraph 73 of the Complaint.

74.     Defendant UAW Local 686 denies the allegations raised in paragraph 74 of the Complaint.

75.     Defendant UAW Local 686 denies the allegations raised in paragraph 75 of the Complaint.

76.     Defendant UAW Local 686 denies the allegations raised in paragraph 76 of the Complaint.

77.     Defendant UAW Local 686 denies the allegations raised in paragraph 77 of the Complaint.

78.     Defendant UAW Local 686 denies the allegations raised in paragraph 78 of the Complaint.

79.     Defendant UAW Local 686 denies the allegations raised in paragraph 79 of the Complaint.

80.     Defendant UAW Local 686 denies the allegations raised in paragraph 80 of the Complaint.

81.     Defendant UAW Local 686 denies the allegations raised in paragraph 81 of the Complaint.

82.     Defendant UAW Local 686 denies the allegations raised in paragraph 82 of the Complaint.

## AS AND FOR A SECOND CAUSE OF ACTION: RACE DISCRIMINATION IN VIOLATION OF NEW YORK HUMAN RIGHTS LAW NEW YORK EXECUTIVE LAW §290 et seq. AGAINST DEFENDANT GM

83.     Defendant UAW Local 686 denies the allegations raised in paragraph 83 of the Complaint.

84.     Defendant UAW Local 686 denies the allegations raised in paragraph 84 of the Complaint

85.     Defendant UAW Local 686 denies the allegations raised in paragraph 85 of the Complaint.

86.     Defendant UAW Local 686 denies the allegations raised in paragraph 86 of the Complaint.

87.     Defendant UAW Local 686 denies the allegations raised in paragraph 87 of the Complaint.

88.     Defendant UAW Local 686 denies the allegations raised in paragraph 88 of the Complaint.

89.     Defendant UAW Local 686 denies the allegations raised in paragraph 89 of the Complaint.

90.     Defendant UAW Local 686 denies the allegations raised in paragraph 90 of the Complaint.

91.     Defendant UAW Local 686 denies the allegations raised in paragraph 91 of the Complaint.

92.     Defendant UAW Local 686 denies the allegations raised in paragraph 92 of the Complaint.

**AS AND FOR A THIRD CAUSE OF ACTION: RACIAL HOSTILE WORK
ENVIRONMENT IN VIOLATION OF
TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
42 U.S.C. §2000(e) et seq. AGAINST DEFENDANT GM**

93.     Defendant UAW Local 686 denies the allegations raised in paragraph 93 of the Complaint.

94.     Defendant UAW Local 686 denies the allegations raised in paragraph 94 of the Complaint.

95.     Defendant UAW Local 686 denies the allegations raised in paragraph 95 of the Complaint.

96.     Defendant UAW Local 686 denies the allegations raised in paragraph 96 of the Complaint.

97.     Defendant UAW Local 686 denies the allegations raised in paragraph 97 of the Complaint.

98.     Defendant UAW Local 686 denies the allegations raised in paragraph 98 of the Complaint.

99.     Defendant UAW Local 686 denies the allegations raised in paragraph 99 of the Complaint.

100.     Defendant UAW Local 686 denies the allegations raised in paragraph 100 of the Complaint.

101.     Defendant UAW Local 686 denies the allegations raised in paragraph 101 of the Complaint.

102.     Defendant UAW Local 686 denies the allegations raised in paragraph 102 of the Complaint.

## AS AND FOR A FOURTH CAUSE OF ACTION: RACIAL HOSTILE WORK ENVIRONMENT IN VIOLATION OF NEW YORK'S HUMAN RIGHTS LAW (N.Y. Executive Law §209 et seq.) AGAINST DEFENDANT GM

103.    Defendant UAW Local 686 denies the allegations raised in paragraph 103 of the Complaint.

104.    Defendant UAW Local 686 denies the allegations raised in paragraph 104 of the Complaint.

105.    Defendant UAW Local 686 denies the allegations raised in paragraph 105 of the Complaint.

106.    Defendant UAW Local 686 denies the allegations raised in paragraph 106 of the Complaint.

107.    Defendant UAW Local 686 denies the allegations raised in paragraph 107 of the Complaint.

108.    Defendant UAW Local 686 denies the allegations raised in paragraph 108 of the Complaint.

109.    Defendant UAW Local 686 denies the allegations raised in paragraph 109 of the Complaint.

110.    Defendant UAW Local 686 denies the allegations raised in paragraph 110 of the Complaint.

111.    Defendant UAW Local 686 denies the allegations raised in paragraph 111 of the Complaint.

**AS AND FOR A FIFTH CAUSE OF ACTION: RETALIATION**
**IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**
**42 U.S.C. §2000(e) et seq. AGAINST DEFENDANT GM**


112.    Defendant UAW Local 686 denies the allegations raised in paragraph 112 of the Complaint.

113.    Defendant UAW Local 686 denies the allegations raised in paragraph 113 of the Complaint.

114.    Defendant UAW Local 686 denies the allegations raised in paragraph 114 of the Complaint.

115.    Defendant UAW Local 686 denies the allegations raised in paragraph 115 of the Complaint.

116.    Defendant UAW Local 686 denies the allegations raised in paragraph 116 of the Complaint.

117.    Defendant UAW Local 686 denies the allegations raised in paragraph 117 of the Complaint.

118.    Defendant UAW Local 686 denies the allegations raised in paragraph 118 of the Complaint


**AS AND FOR A SIXTH CAUSE OF ACTION: RETALIATION**
**IN VIOLATION OF TITLE VII OF NEW YORK'S HUMAN RIGHT LAW (N.Y.**
**§290 et seq. AGAINST DEFENDANT GM**


119.    Defendant UAW Local 686 denies the allegations raised in paragraph 119 of the Complaint.

120.    Defendant UAW Local 686 denies the allegations raised in paragraph 120 of the Complaint.

121.    Defendant UAW Local 686 denies the allegations raised in paragraph 121 of the Complaint.

122.    Defendant UAW Local 686 denies the allegations raised in paragraph 122 of the Complaint.

123.    Defendant UAW Local 686 denies the allegations raised in paragraph 123 of the Complaint.

124.    Defendant UAW Local 686 denies the allegations raised in paragraph 124 of the Complaint.

125.    Defendant UAW Local 686 denies the allegations raised in paragraph 125 of the Complaint.

126.    Defendant UAW Local 686 denies the allegations raised in paragraph 126 of the Complaint.

## AS AND FOR A SEVENTH CAUSE OF ACTION: RACE DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981 AGAINST DEFENDANT GM

127.    Defendant UAW Local 686 denies the allegations raised in paragraph 127 of the Complaint.

128.    Defendant UAW Local 686 denies the allegations raised in paragraph 128 of the Complaint.

129.    Defendant UAW Local 686 denies the allegations raised in paragraph 129 of the Complaint.

130.    Defendant UAW Local 686 denies the allegations raised in paragraph 130 of the Complaint.

131.    Defendant UAW Local 686 denies the allegations raised in paragraph 131 of the Complaint.

132.    Defendant UAW Local 686 denies the allegations raised in paragraph 132 of the Complaint.

## AS AND FOR A EIGHTH CAUSE OF ACTION: RACE DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 42 U.S.C. §2000(e) et seq. AGAINST DEFENDANT UAW LOCAL 686

133.    Defendant UAW Local 686 denies the allegations raised in paragraph 133 of the Complaint.

134.    Defendant UAW Local 686 denies the allegations raised in paragraph 134 of the Complaint.

135.    Defendant UAW Local 686 denies the allegations raised in paragraph 135 of the Complaint.

136.    Defendant UAW Local 686 denies the allegations raised in paragraph 136 of the Complaint.

137.    Defendant UAW Local 686 denies the allegations raised in paragraph 137 of the Complaint.

138.    Defendant UAW Local 686 denies the allegations raised in paragraph 138 of the Complaint.

139.    Defendant UAW Local 686 denies the allegations raised in paragraph 139 of the Complaint.

140.     Defendant UAW Local 686 denies the allegations raised in paragraph 140 of the Complaint.

141.     Defendant UAW Local 686 denies the allegations raised in paragraph 141 of the Complaint.

142.     Defendant UAW Local 686 denies the allegations raised in paragraph 142 of the Complaint.

143.     Defendant UAW Local 686 denies the allegations raised in paragraph 143 of the Complaint.

**AS AND FOR A NINETH CAUSE OF ACTION: RACE
DISCRIMINATION IN VIOLATION OF
NEW YORK HUMAN RIGHTS LAW
NEW YORK EXECUTIVE LAW §290 et seq.
AGAINST DEFENDANT UAW LOCAL 686**

144.     Defendant UAW Local 686 denies the allegations raised in paragraph 144 of the Complaint.

145.     Defendant UAW Local 686 denies the allegations raised in paragraph 145 of the Complaint.

146.     Defendant UAW Local 686 denies the allegations raised in paragraph 146 of the Complaint.

147.     Defendant UAW Local 686 denies the allegations raised in paragraph 147 of the Complaint.

148.     Defendant UAW Local 686 denies the allegations raised in paragraph 148 of the Complaint.

149.     Defendant UAW Local 686 denies the allegations raised in paragraph 149 of the Complaint.

150.     Defendant UAW Local 686 denies the allegations raised in paragraph 150 of the Complaint.

151.     Defendant UAW Local 686 denies the allegations raised in paragraph 151 of the Complaint.

152.     Defendant UAW Local 686 denies the allegations raised in paragraph 152 of the Complaint.

153.     Defendant UAW Local 686 denies the allegations raised in paragraph 153 of the Complaint.

**AS AND FOR A TENTH CAUSE OF ACTION: RACIAL HOSTILE WORK ENVIRONMENT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 42 U.S.C. §2000(e) et seq. AGAINST DEFENDANT UAW LOCL 686**

154.     Defendant UAW Local 686 denies the allegations raised in paragraph 154 of the Complaint.

155.     Defendant UAW Local 686 denies the allegations raised in paragraph 155 of the Complaint.

156.     Defendant UAW Local 686 denies the allegations raised in paragraph 156 of the Complaint.

157.     Defendant UAW Local 686 denies the allegations raised in paragraph 157 of the Complaint.

158.     Defendant UAW Local 686 denies the allegations raised in paragraph 158 of the Complaint.

159.     Defendant UAW Local 686 denies the allegations raised in paragraph 159 of the Complaint.

160. Defendant UAW Local 686 denies the allegations raised in paragraph 160 of the Complaint.

161. Defendant UAW Local 686 denies the allegations raised in paragraph 161 of the Complaint.

162. Defendant UAW Local 686 denies the allegations raised in paragraph 162 of the Complaint.

163. Defendant UAW Local 686 denies the allegations raised in paragraph 163 of the Complaint.

**AS AND FOR A ELEVENTH CAUSE OF ACTION: RACIAL HOSTILE WORK
ENVIRONMENT IN VIOLATION OF
NEW YORK'S HUMAN RIGHTS LAW (N.Y. Executive Law §290 et. seq.)
AGAINST DEFENDANT UAW LOCAL 686**

164. Defendant UAW Local 686 denies the allegations raised in paragraph 164 of the Complaint.

165. Defendant UAW Local 686 denies the allegations raised in paragraph 165 of the Complaint.

166. Defendant UAW Local 686 denies the allegations raised in paragraph 166 of the Complaint.

167. Defendant UAW Local 686 denies the allegations raised in paragraph 167 of the Complaint.

168. Defendant UAW Local 686 denies the allegations raised in paragraph 168 of the Complaint.

169. Defendant UAW Local 686 denies the allegations raised in paragraph 169 of the Complaint.

170.    Defendant UAW Local 686 denies the allegations raised in paragraph 170 of the Complaint.

171.    Defendant UAW Local 686 denies the allegations raised in paragraph 171 of the Complaint.

172.    Defendant UAW Local 686 denies the allegations raised in paragraph 126 of the Complaint.

## AS AND FOR A TWELVTH CAUSE OF ACTION: RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 42 U.S.C. §2000(e) et. seq. AGAINST DEFENDANT UAW LOCAL 686

173.    Defendant UAW Local 686 denies the allegations raised in paragraph 173 of the Complaint.

174.    Defendant UAW Local 686 denies the allegations raised in paragraph 174 of the Complaint.

175.    Defendant UAW Local 686 denies the allegations raised in paragraph 175 of the Complaint.

176.    Defendant UAW Local 686 denies the allegations raised in paragraph 176 of the Complaint.

177.    Defendant UAW Local 686 denies the allegations raised in paragraph 177 of the Complaint.

178.    Defendant UAW Local 686 denies the allegations raised in paragraph 178 of the Complaint.

179.    Defendant UAW Local 686 denies the allegations raised in paragraph 179 of the Complaint.

## AS AND FOR A THIRTEENTH CAUSE OF ACTION: RETALIATION IN VIOLATION OF NEW YORK'S HUMAN RIGHTS LAW (N.Y. Executive Law §290 et seq.) AGAINST DEFENDANT UAW LOCAL 686

180.    Defendant UAW Local 686 denies the allegations raised in paragraph 180 of the Complaint.

181.    Defendant UAW Local 686 denies the allegations raised in paragraph 181 of the Complaint.

182.    Defendant UAW Local 686 denies the allegations raised in paragraph 182 of the Complaint.

183.    Defendant UAW Local 686 denies the allegations raised in paragraph 183 of the Complaint.

184.    Defendant UAW Local 686 denies the allegations raised in paragraph 184 of the Complaint.

185.    Defendant UAW Local 686 denies the allegations raised in paragraph 185 of the Complaint.

186.    Defendant UAW Local 686 denies the allegations raised in paragraph 186 of the Complaint.

187.    Defendant UAW Local 686 denies the allegations raised in paragraph 187 of the Complaint.

## AS AND FOR A FOURTEENTH CAUSE OF ACTION: RACE DISCRIMINATION IN VIOLATION OF 43 U.S.C. §1981 AGAINST DEFENDANT UAW LOCAL 686

188.    Defendant UAW Local 686 denies the allegations raised in paragraph 188 of the Complaint.

189.    Defendant UAW Local 686 denies the allegations raised in paragraph 189 of the Complaint.

190.    Defendant UAW Local 686 denies the allegations raised in paragraph 190 of the Complaint.

191.    Defendant UAW Local 686 denies the allegations raised in paragraph 191 of the Complaint.

192.    Defendant UAW Local 686 denies the allegations raised in paragraph 192 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Upon information and belief, the causes of action raised in Plaintiff's Complaint are barred by the applicable statute of limitations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Upon information and belief, the injuries and/or damages alleged in the Complaint were caused in whole or in part by the negligence, want of care or other culpable conduct attributable to the Plaintiff and/or those caring for the Plaintiff, without negligence, fault or want of care on the part of the Defendants.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff failed to mitigate or otherwise act to lessen or reduce the injuries and damages alleged in the Complaint.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred by the doctrine of unclean hands.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred by the doctrine of laches.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff's alleged injuries and damages, if any, were caused in whole or in part by a person or persons not within the Defendants control.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendants acted in good faith and had reasonable grounds to believe that its actions were in compliance with the Labor-Management Reporting and Disclosure Act of 1959.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are bared by the doctrines of waiver and/or estoppel.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

Defendants' actions were in good faith conformity with and/or reliance on administrative regulation, order, ruling, approval, interpretation, and/or practice of the Department of Labor and NLRB.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert further affirmative defenses as they become evident through discovery investigation.

WHEREFORE, Defendant, UAW Local 686, requests that this Court dismiss Plaintiff's Complaint in its entirety and/or enter judgment in favor of Defendant and against the Plaintiff.

DATED:     Buffalo, New York          LIPSITZ GREEN SCIME CAMBRIA LLP
           September 5, 2025

                               By:     s/ Robert L. Boreanaz, Esq.
                                       Robert L. Boreanaz, Esq.
                                       *Attorneys for Defendant UAW Local 686*
                                       42 Delaware Avenue, Suite 120
                                       Buffalo, NY 14202
                                       (716) 849-1333 ext. 343
                                       rboreanaz@lglaw.com